# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

13-4052

Guy Williams v. Trenton Police Department, et al

3-11-cv-06352

## O R D E R

The Court has received the Brief and Appendix from **Guy Williams**.

**The appendix does not comply with the following Court requirements:**

**Contents of Appendix- FRAP 30- The following is/are missing from the appendix**

**.** District Court Docket Sheet or Certified List for Administrative Proceedings

**Action Required Regarding Appendix**

In order to cure errors with respect to CONTENT, **Guy Williams** must file an addendum containing the missing sections and or document(s) in electronic and or paper format (4 paper copies). If the appendix was not filed electronically, only the paper format addendum is required.

**Counsel or the party(ies) must correct the above listed deficiencies by 01/27/2014. No action will be taken on the document until the error(s) has (have) been corrected.**

**Pursuant to 3rd Cir. LAR Misc. 107.3 and 3rd Cir. LAR Misc. 113, if a party fails to comply with the electronic filing requirements, despite notice by the Clerk, the Court may impose sanctions. Such sanctions include, but are not limited to, imposition of costs, disciplinary sanctions, and dismissal of the case.**

For the Court,

*Marcia M. Waldron*
Marcia M. Waldron, Clerk

**Dated:  January 24, 2014**

**MS/cc:  J. Brooks DiDonato, Esq.**
         **Stacy L. Moore Jr., Esq.**
         **Matthew B. Weisberg, Esq.**

**For questions please contact the Clerk's Office at 267-299-4929.**